UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. CORTEZ,<br><br>              Plaintiff,<br><br>        v.<br><br>K. MCGHEE, et al.,<br><br>              Defendants. | No.  1:24-cv-00941 GSA (PC)<br><br>ORDER ACKNOWLEDGING PLAINTIFF'S MOTIONS TO SCREEN CASE<br><br>CLERK'S OFFICE DIRECTED TO REMOVE GAVELS<br><br>(ECF Nos. 13, 15) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed two motions which request the Court to screen his case.  ECF Nos. 13, 15.  Plaintiff is informed that his first amended complaint will be screened in due course.

The Eastern District of California carries one of the largest and most heavily weighted caseloads in the nation.  See Office of the Clerk, United States District Court, Eastern District of California, 2024 Annual Report, "Weighted Filings," p. 35 (2024) ("[O]ur weighted caseload far exceeds the national average . . . ranking us fourth in the nation and first in the Ninth Circuit."). This problem is compounded by a shortage of jurists to review its pending matters.  See generally id. (stating 2024 Biennial Judgeship Survey recommended request for four additional permanent judgeships for Eastern District of California).

1

1    Plaintiff's motions are acknowledged, and he is informed that the Court will screen his
2 first amended complaint in due course.
3    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions which request the Court
4 to screen his case (ECF Nos. 13, 15) are ACKNOWLEDGED; and the CLERK OF COURT IS
5 DIRECTED to remove the GAVELS on Doc #s 13 and 15.
6    **Plaintiff's first amended complaint will be screened in due course.**

IT IS SO ORDERED.

Dated:   **September 12, 2025**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

2